1
2
3    **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
6    **UNITED STATES OF AMERICA,**
                                                     **Case No.  CR07-5552**
         **Plaintiff,**
7                                                    **INITIAL ORDER RE: ALLEGATIONS**
         **v.**                                      **OF VIOLATION OF CONDITIONS**
8                                                    **OF SUPERVISION BY UNITED**
     **TYLER J. NEARHOOD,**                          **STATES PROBATION OFFICE**
9
         **Defendant.**
10
11
12   **THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

13   The plaintiff appears through Special/Assistant United States Attorney, **BARBARA SIEVERS** ;
14   The defendant appears personally and represented by counsel, **LINDA SULLIVAN** ;

15   The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; and the court finding probable cause with regard to the alleged violation(s);
16
17   The matter is scheduled for hearing before the Honorable **J. K. ARNOLD**

18                    **Date:   OCTOBER 29, 2007**

19                    **Time:   11:00 P.M.**

20   **( X ) Defendant is released pending the above scheduled hearing, SUBJECT TO THE FOLLOWING:**
         1) full compliance with conditions set forth in Appearance Bond in CR07-5651; and
21       2) full compliance with all conditions requested by U.S. Probation under this cause number.

22
23   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

24                                  **October 3, 2007.**

25
                                    */s/ J. Kelley Arnold*_____
26                                  **J. Kelley Arnold, U.S. Magistrate Judge**

27
28

ORDER
Page - 1