**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**TYLER J. NEARHOOD,**<br><br>          **Defendant.** | **Case No. CR07-5165 JKA**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS; The defendant appears personally and represented by counsel, LINDA SULLIVAN ;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and freely and voluntarily acknowledged violating the conditions of supervision as set forth below:

          (1) Using alcohol on or about March 21, 2008, in violation of the special condition that he abstain from the use of alcohol; and
          (2) Failing to successfully participate and complete his placement at the RRC in Tacoma, Washington on April 3, 2008 in violation of the special condition that he reside in a RRC for up to 120 days.

The court having determined that the defendant violated the conditions of supervision, now therefore defendant's supervision is hereby continued in effect, pending disposition as follows on the above referenced violations.

          **Hearing Date:   October 24, 2008**
          **Time:                2:00 p.m.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              **April 22, 2008.**


                               _/s/ J. Kelley Arnold_____
                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1